# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

BETH C.,

        Plaintiff,

v.                                 CIVIL ACTION NO.   3:25-0184

FRANK BISIGNANO,
Commissioner of Social Security,

        Defendant.

### MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that this Court grant the Plaintiff's request for remand (ECF No. 7), deny the Commissioner's request to affirm the decision of the Commissioner (ECF No. 8), reverse the final decision of the Commissioner; and remand this matter back to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Proposed Findings and Recommendation. No objections to the Magistrate Judge's findings and recommendation have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** Plaintiff's request for remand (ECF No. 7), **DENIES** the Commissioner's request to affirm the decision of the Commissioner (ECF No. 8), **REVERSES** the final decision of the Commissioner; and **REMANDS** this matter back to the Commissioner

pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Proposed Findings and Recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: August 14, 2025

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE